# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

DAVID BERRY                                                                                               PLAINTIFF

v.                                            4:22-cv-01284-KGB-JJV

RODNEY WRIGHT,
Sheriff, Saline County Jail; *et al.*                                                        DEFENDANTS

## RECOMMENDED DISPOSITION

The following Recommended Disposition ("Recommendation") has been sent to United States District Judge Kristine G. Baker. Any party may serve and file written objections to this Recommendation. Objections should be specific and include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. Your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of this Recommendation. Failure to file timely objections may result in a waiver of the right to appeal questions of fact.

**I.      DISCUSSION**

David Berry ("Plaintiff") has filed a *pro se* Complaint alleging Defendants violated his constitutional and statutory rights. (Doc. 1.) On January 5, 2023, I gave Plaintiff thirty days to either pay the filing fee or file an *In Forma Pauperis* Application. (Doc. 2.) I provided Plaintiff with the necessary forms and advised him I would recommend dismissal if he did timely and properly comply with my instructions. (*Id.*) Plaintiff as not responded to my Order, and the time to do so has passed. Thus, this case should be dismissed without prejudice due to a lack of prosecution. *See* Fed. R. Civ. P. 41(b); Local Rule 5.5(c)(2).

## II. CONCLUSION

IT IS, THEREFORE, RECOMMENDED that:

1. The Complaint (Doc. 1) be DISMISSED without prejudice due to a lack of prosecution, and this case be CLOSED.

2. The Court certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from an Order adopting this Recommendation and the accompanying Judgment would not be taken in good faith.

DATED this 9th day of February 2023.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE