IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DAVID BERRY**                                                                                                             **PLAINTIFF**

v.                                              Case No. 4:22-cv-01284-KGB

**RODNEY WRIGHT, Sheriff,**
**Saline County Jail,** *et al.*                                                                                   **DEFENDANTS**

## ORDER

The Court has received the Recommended Disposition from United States Magistrate Judge Joe J. Volpe (Dkt. No. 3). Plaintiff David Berry has not filed any objections, and the time for filing objections has passed. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, adopted in its entirety as this Court's finding in all respects (*Id.*). The Court dismisses without prejudice Mr. Berry's complaint for failure to prosecute (Dkt. No. 1). The Court certifies that an *in forma pauperis* appeal from this Order and the accompanying Judgement would not be taken in good faith.

It is so ordered this 2nd day of March, 2023.

Kristine G. Baker
United States District Judge